IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOSHUA A. STRICKLIN                                                                                      PLAINTIFF

V.                                          NO: 4:16CV00352 JM/PSH

FAULKNER COUNTY DETENTION CENTER *et al*                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Joshua A. Stricklin's claims against the Faulkner County Detention Center are DISMISSED WITH PREJUDICE.

DATED this 19th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE