IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JOSHUA A. STRICKLIN                                                                                        PLAINTIFF

V.                                           NO: 4:16CV00352 JM/PSH

FAULKNER COUNTY DETENTION CENTER *et al*                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Joshua A. Stricklin, who is currently held at the Faulkner County Detention Center Unit 1, filed a *pro se* complaint on June 13, 2016. On August 15, 2016, Stricklin filed a motion seeking to voluntarily dismiss his complaint (Doc. No. 17). The Court finds that the motion should be granted pursuant to Rule 41(a)(2).

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff Joshua A. Stricklin's motion to voluntarily dismiss his complaint (Doc. No. 17) be GRANTED, and Stricklin's complaint be DISMISSED WITHOUT PREJUDICE.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE