**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOSHUA A. STRICKLIN                                                                                    PLAINTIFF

V.                                            NO: 4:16CV00352 JM

FAULKNER COUNTY DETENTION CENTER *et al*                           DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff Joshua A. Stricklin's motion to voluntarily dismiss his complaint (Doc. No. 17) is granted, and Stricklin's complaint is DISMISSED WITHOUT PREJUDICE.

2.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED 7th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE